UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, U.S. DEPT. OF LABOR, | : | CIVIL ACTION NO. 3:05-CV-01306 (JCH) |
| Plaintiff, | : | |
| v. | : | |
| M&O CONSTRUCTION CO., INC. and MELVIN MCBREAIRTY, | : | |
| Defendants. | : | MAY 3, 2006 |

### JOINT REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE AND FOR SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 16, Plaintiff, Elaine L. Chao, Secretary of Labor ("Plaintiff"), and Defendants, M&O Construction, Inc. and Melvin McBreairty ("Defendants"), hereby jointly request both a referral to a Magistrate Judge for a settlement conference and a scheduling conference with the Court or a Magistrate Judge.

By Court Order dated November 3, 2005, discovery is currently due to be completed by June 23, 2006. The parties have commenced discovery, and have completed four (4) depositions of fact witnesses. Defendants anticipate taking approximately three (3) additional depositions, but Defendants are unwilling to take those depositions until Plaintiff produces certain materials responsive to Defendants' First Request for Production. The materials consist of statements of Defendants' employees, which Plaintiff has withheld from production under the informant's privilege. While Plaintiff has agreed to produce the materials if redactions can effectively protect the identities of each statement's author, the parties anticipate that there will be a dispute over the extent of appropriate/necessary redactions.

Due to the anticipated expense associated with resolving these conflicts and completing discovery, the parties have agreed to commence settlement discussions before a Magistrate Judge.  The parties therefore request a referral to a Magistrate Judge for a settlement conference.

The parties also request a scheduling conference before the Court or a Magistrate Judge.  The parties wish to extend the pre-trial deadlines out a reasonable period of time so that they may participate in settlement discussions without simultaneously incurring the costs associated with litigating the discovery disputes and conducting discovery.  The parties are hopeful that they can resolve the matter and avoid such costs altogether.  Even if settlement is not attained, the parties may need the pre-trial deadlines extended because efforts to resolve, and or litigate, the discovery dispute will most likely render it difficult, if not impossible, for the parties to complete discovery by June 23, 2006.

Wherefore, the parties respectfully request both a settlement conference with a Magistrate Judge and a scheduling conference with the Court or a Magistrate Judge.

| PLAINTIFF, ELAINE O. CHAO, SECRETARY OF LABOR, U.S. DEPT. OF LABOR | DEFENDANTS, M&O CONSTRUCTION COMPANY, INC. AND MELVIN MCBREAIRTY |
|---|---|
| By: /s/ John S. Casler (JPS with permission)<br>    John S. Casler<br>    BBO CT 14541 | By:   /s/ John P. Shea, Jr.<br>    John P. Shea, Jr.<br>    Federal Bar CT 17433 |

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid, on this 3rd day of May, 2006 to:

| | |
|---|---|
| James Glickman, Esq. and<br>John S. Casler<br>U.S. Department of Labor<br>Office of the Regional Solicitor<br>JFK Federal Building<br>Room E-375<br>Boston, MA 02203 | With Chambers Copy:<br>The Honorable Janet C. Hall<br>Bridgeport Courthouse<br>Brien McMahon Federal Building<br>915 Lafayette Boulevard<br>Bridgeport, CT 06604 |

          /s/  John P. Shea. Jr.
John P. Shea, Jr.

e:\wpdocs\m&o construction\rule16.conference2.doc